IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-662

M. S. MOTHER OF E. C., T. S.,
V. S., S. S., J.S.,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellee.

_____/

Opinion filed July 2, 2015.

An appeal from the Circuit Court for Alachua County.
Hon. James P. Nilon, Judge.

Lara A. Mason, Ponte Vedra Beach, for Appellant.

Ward L. Metzger, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, MARSTILLER, and OSTERHAUS, JJ., CONCUR.